IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL WOODS,<br>    Plaintiff, | : : : | |
| v. | : : | CIVIL ACTION NO. 24-CV-6402 |
| CHANELLE & BRANDOS,<br>    Defendant. | : : | |

**DISMISSAL ORDER**

AND NOW, this 29th day of April, 2025, for the reasons stated in the Court's accompanying Memorandum, it is **ORDERED** that:

1. This case is **DISMISSED WITH PREJUDICE** for failure to prosecute.

2. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

_____
JEFFREY L. SCHMEHL, J.